IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRANK KARL DICKMAN, JR.,

    Plaintiff,

v.

JANEAL KOHLER, et al.,

    Defendants.

_____

Civ. No. 6:17-cv-00820-MC

ORDER

MCSHANE, Judge:

    Plaintiff, proceeding *pro se*, filed the complaint in May 2017. Following service by the United States Marshal, defendants attempted to contact plaintiff by United States mail, email, and telephone. Matthews Decl. The mail was returned undeliverable with no forwarding address, and plaintiff did not respond to emails. *Id.* at ¶ 2-3. Attempts to contact plaintiff via telephone revealed the number plaintiff provided to the court was not in service.

1 –ORDER

Defendants move to dismiss for failing to "notify the Clerk's Office whenever his or her mailing address, telephone number, and/or business e-mail address changes," in violation of LR 83-10. Plaintiff has not responded, the time to do so has passed, and all attempts at contacting plaintiff have failed. If a party fails to update a change of address, and the failure lasts 60 days, the court may dismiss the action. LR 83-12. This action is dismissed under LR 83-12 and for failure to prosecute.

IT IS SO ORDERED.

DATED this 6th day of December, 2017.

                                                  _____/s/ Michael McShane_____
                                                         Michael J. McShane
                                                  United States District Judge